IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Eugene King, | ) | C/A NO. 0:12-949-CMC-PJG |
| | ) | |
| Petitioner, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Robert M. Stevenson, III, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court on Petitioner's *pro se* "Motion Objection Order Deny Certificate of Appealability." ECF No. 61. On June 19, 2013, this court issued an Order and Opinion adopting the Report and Recommendation of the Magistrate Judge, granting Respondent's motion for summary judgment, and denying a certificate of appealability. ECF No. 57.

To the extent Petitioner's filing can be construed as a motion for reconsideration, it is denied for the reasons noted in the Order and Opinion. The court determines that Petitioner likely seeks review of its decision by a higher court. Accordingly, out of an abundance of caution, the Clerk is directed to docket Petitioner's "Motion Objection" as a Notice of Appeal to the Fourth Circuit Court of Appeals and to forward the Notice to that court.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 1, 2013

1